# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

LISA HORSCH AND T.H.,          Civil No. 09-0654 (JRT/JJK)

              Plaintiffs,

v.                        **ORDER OF DISMISSAL**

LTD FINANCIAL SERVICES, L.P.,

              Defendant.

---

Thomas Lyons, Jr. and Trista Roy, **CONSUMER JUSTICE CENTER, PA**, 367 Commerce Court, Vadnais Heights, MN 55127**,** for plaintiffs.

Christopher Morris and Michael Klutho, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: October 23, 2009
at Minneapolis, Minnesota.

                         s/John R. Tunheim
                        JOHN R. TUNHEIM
                 United States District Judge